UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. 1:13CR00016 SNLJ
)
GARY WAYNE BENDER, )
)
Defendant. )

## ORDER

IT IS HEREBY ORDERED that the report and recommendation of United States

Magistrate Judge Lewis M. Blanton (#50), filed on October 22, 2013 be and is **SUSTAINED,**

**ADOPTED** and **INCORPORATED** herein.

IT IS HEREBY ORDERED that Defendant's Motion to Suppress Evidence and

Statements (#40) be **DENIED**.

Dated this 5th day of November, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE